### AFFIDAVIT OF CHARLES BEREND

**STATE OF TEXAS**

**COUNTY OF DALLAS**

BEFORE ME, the undersigned authority, personally appeared Charles Berend, who is known to me, and upon being sworn to tell the truth, stated that the facts stated herein are within his personal knowledge and are true and correct:

"My name is Charles Berend and I am in all respects competent to make oath and testify. The facts to which I testify in this affidavit are within my personal knowledge and are true and correct. I am a Vice-President for Risk Management of Windsor Equity Group, Inc., a corporation, ("Windsor") and am authorized to testify on behalf of Windsor.

"It appears that Windsor is the defendant in a lawsuit styled *Gustavo B. Sampaio v. Windsor Equity Group, Inc.*, Case No. 09-21939 pending in the United States District Court for the Southern District of Florida. Windsor first received notice of the pendency of that suit on April 26, 2010 when we received in the mail a copy of the Second Motion for Extension of Time to File Motion for Final Default Judgment that Mr. Sampaio apparently filed with the court. Prior to that time, Windsor had no knowledge of the existence of the lawsuit.

**AFFIDAVIT OF CHARLES BEREND - PAGE 1**

"I have reviewed a copy of a Summons, which includes an affidavit of service in its page 3. The person to which the Summons recites it was delivered to, Lauren Anderson, was an employee of Windsor. She was not an employee or agent of the Law Office of Bryan Ng on November 3, 2009. Ms. Anderson was not, and is not, the president, a vice-president, registered agent, or otherwise authorized to accept service of process on behalf of Windsor.

"As the vice-president for risk management, I deal with claims and lawsuits on a regular basis and have a procedure in place for dealing with them. If Windsor had been properly served with process, it would have responded appropriately. Accordingly, I can reasonably conclude that Windsor was prejudiced by the failure of the Plaintiff to properly serve the summons and complaint.

"Affiant says nothing further."

_____
Charles Berend

SWORN and SUBSCRIBED before me Charles Berend on April 29, 2010, to which witness my official seal.

_____
NOTARY PUBLIC



ERICA LYNN LAING
Notary Public, State of Texas
My Commission Expires
January 23, 2011

**AFFIDAVIT OF CHARLES BEREND - PAGE 2**