UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-21939-Civ-Martinez/Brown

GUSTAVO B. SAMPAIO,

    Plaintiff,

v.

WINDSOR EQUITY GROUP, INC.,

    Defendant.

## ORDER ON DEFENDANT'S MOTION TO
## SET ASIDE CLERK'S DEFAULT AND TO DISMISS THE SUIT

After considering defendant Windsor Equity Group, Inc.'s motion to set aside the clerk's entry of default and to dismiss the suit for defects in the service of the summons and the response, the court

    GRANTS the motion to set aside the clerk's default

    GRANTS the motion to dismiss dismisses plaintiff's suit without prejudice

    GRANTS the motion and quashes the service.

    IT IS SO ORDERED.

                SIGNED on _____, 2010.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

Copies furnished:

All Counsel