UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21939-CIV-MARTINEZ-BROWN

GUSTAVO B. SAMPAIO,

    Plaintiff,

vs.

WINDSOR GROUP, INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice **(D.E. No. 40)**. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear its own costs and fees except as otherwise agreed to by the parties. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of December, 2010.

                                                                     JOSE E. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record